IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION



| | |
|---|---|
| PAUL MARRIOT, JUDLIN NATHANIEL MORTIMER, DAVE FLETCHER, THANH LE, DAMION CHRISTOPHER MUDAHY, EMERSON WELCH, MUHMED AHMED, JEFFREY BLANCHARD, and VINCENT WILLIAMS, <br><br> Plaintiffs, <br><br> v. <br><br> McRAE CORRECTIONAL FACILITY, CORRECTIONS CORPORATION OF AMERICA, LINDA BROCK, Chaplain, JOE LIEBRETCH, Kitchen Administrator, MICHAEL PUGH, Warden, and ROBERT E. HERDON, Programs Manager, <br><br> Defendants. | CV 305-144 |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the above-captioned case is **DISMISSED** without prejudice. If any of the individually-named Plaintiffs wish to proceed with the claims raised in the instant

complaint, they should file their own complaint -along with a motion to proceed IFP or the $250.00 filing fee - in only their own name.

SO ORDERED this 2nd day of ~~November,~~ December 2005.

JOHN F. NANGLE, JUDGE
UNITED STATES DISTRICT COURT